5

SCANNED at CIC and Emailed on _____ 7 pages.
_____ by _____ _____ (num)
(date) (initials)
Received 5-14-18

1:18-cv-1488-WTL-DLP

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS
CORPUS BY A PERSON IN STATE CUSTODY SEEKING
REVIEW OF PRISON DISCIPLINARY SANCTION

| United States District Court | District Southern | | |
|---|---|---|---|
| Name Matthew W. Sparrow | Prisoner No. 159043 | Case No. | **FILED**<br>12:31 pm, May 15, 2018<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Laura A. Briggs, Clerk |

Place of Confinement   CIC

Name of Petitioner (include name under which convicted)   Name of Respondent (Superintendent of the institution having custody over petitioner)

Matthew W. Sparrow                    v.   Wendy Knight

### PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: _____

    CIF - 5124 West Reformatory Rd
    Pendleton, IN 46064

2. Date of judgment of conviction:   3-14-2018

3. Sanction(s) imposed:   Recommended earned credit deprevation of 30 days

4. Nature of all infractions (rule violations) involved:   208B (STG)

5. What was your plea? (Check one)

    (a) Not Guilty   ☒
    (b) Guilty   ☐
    (c) Nolo contendre   ☐

6. If you pleaded not guilty, what kind of hearing did you have?  (Check one)

    (a) Hearing Officer   ☒
    (b) Full Hearing   ☐

(F-24) Revised 12.26.2014

(c) Other Specify _____

7. Did you testify at the disciplinary hearing?    Yes ☒    No ☐

8. Did you appeal the decision of guilt and imposition of sanctions? Yes ☒    No ☐

9. If you did appeal, answer the following:

a. Name and title of institutional reviewing authority: _____

b. Result of appeal: _Denied_____

c. Date of result: _____

d. Grounds raised: _Insufficient Evidence, Discrimination, Violation of ADP 02-04-101 Procedure for providing witness statements to accompany report of Conduct by witnessing officer, False Witness testimony by officer Jackson once his "requested statement was provided."____

e. If you sought review from any denial of your appeal from a high reviewing authority, answer the following:

i. Name and title of higher reviewing authority: _Robert Allega (Legal Services Division)_

ii. Result of higher appeal: _Denied_____

iii. Date of result: _April 11, 2018_____

iv. Grounds raised: _Same as originally presented on first level review. (See 9D above)_____

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously

-2-

filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or

(F-24) Revised 12.26.2014

federal?  Yes ☐   No ☒

11.  If your answer to 10 was "yes," please give the following information:

a.  (1) Name of court: _____

   (2) Nature of proceeding: _____

   _____

   (3) Grounds raised: _____

   _____

   _____

   _____

   _____

   (4) Did you receive an evidentiary hearing on your petition, motion or application? Yes ☐   No ☐

   (5) Result: _____

   (6) Date of result: _____

b.  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition,

motion or application?  Yes ☐   No ☐

12.      If you did *not* appeal from any adverse action of any petition, motion or application, explain

briefly why you did not:

_____

12.  State *concisely* every ground on which you claim that you are being held unlawfully.  Summarize *briefly* the *facts* supporting each ground.  If necessary, you may attach pages stating additional grounds and *facts* supporting the same.  **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

A.      Ground one: _See Attached Forms 1-4_

-3-

(F-24) Revised 12.26.2014

① <u>Grounds</u> & <u>Supporting facts</u> ①

A. <u>Ground one</u>: Violation of 14th Amendment Constitutional right, when relying on Insufficient Evidence to render guilty finding, and violation of mandatory language in ADP 02-04-101 requiring decision ~~made~~ rendered in Disciplinary Hearing be made based upon preponderance of evidence.

<u>Supporting Facts</u>: On the 5th of March, I was accused of having committed the offense of B-208 STG. According to the description of incident in the report of conduct, the author of the report claims he saw myself "Having a meeting with other STG members (Report does not identify the STG members they are referring too) while in the dayroom of B dorm" (which is a common area in the dorm designated for all offenders to socialize, eat, play cards, and watch T.V.)

On March 4th, I was notified of my rights and was given a copy of the Report of Conduct. At this time I requested (a) lay advocate (b) a witness statement from officer Jackson who was present when the incident allegedly transpired, and (c) camera review of the dayroom.

On March 14th, I was provided a hearing for this matter and after providing a statement that "I was not in an STG meeting, and I did not know what to say due to the absurdness of the alligations" I was found guilty by a one man disciplinary hearing ~~board~~ whos reason for the decision was "Subject matter expert statement, Pacc." (This statement was never shown to me or entered as evidence against me which would give me the ~~the~~ right to cross examine.)

No evidence exists that substantiates the claim that I committed the offense of STG. If the offense on the Report of Conduct is STG, what offense was committed that is STG? At no time throughout the Report of Conduct does the reporting officer mention or directly refer to anyone specifically, by name, what STG affiliation they are or how

he knows this to be fact. This is not sufficient evidence to meet the standard of some evidence nor is it sufficient enough to support a guilty finding.

VIDEO REVIEW: Upon review of the video evidence requested, the DHO, Sgt. Pardue claims that "During the video review offender Sparrow can be seen on camera visiting with multiple STG offenders at the same time". At no time does he refer to anyone but myself, specifically by name, what their STG affiliation is, and how he knows this to be fact, so this is not sufficient Evidence nor does it meet the requirement of "some evidence".

Witness Statement Requested from Ofc. Jackson by Sparrow 159043 Officer Jackson was asked by myself (Sparrow) "was this an STG meeting"? He stated "yes, Everyone at the table closest to the stairs. Everybody at the table was affiliated and gathered "Show of Force". At no time does he mention any one person by name, STG affiliation, or how he confirms his assumption to be accurate. IF officer Jackson witnessed such a meeting taking place why did the reporting officer fail to document officer Jackson on the Report of Conduct as a witness and attach his statement to the report as required by the Mandatory language of IDOC policy and procedure ADP 02-04-101
X Camera review also shows offender SPARROW was not seen at this table which renders this witness statement false and disciplinary Action should be taken against Ofc. Jackson

Lastly, on the Report of Disciplinary Hearing where it is designated (Reason for decision) It states "Subject Matter expert statement, Poer." what is this? How is this statement evidence at all, let alone sufficient evidence? At no time have I been provided with a statement from Poer in writing or otherwise, thus this is not sufficient evidence.

B. • Ground two: Discrimination, violation of equal protection of the law, clause under 14th Amendment of the U.S Constitution

* Supporting Facts: Being that I have previously identified and confirmed as an STG member the staff at CIF have tried to use the blanket statement of STG to trump charges up on me and allegedge incidents are taking place when they are not. This has directly resulted in me being find quilty of things I have not done, causing my rights to be violated along with specific IDOC policy & procedures

C. Ground Three: Mandatory Language of Policy and procedure 02-04-101 was violated, thus violating my constitutional rights under the 6th amendment and 14th Amendment

• Supporting Facts: Clearly ofc Jackson had direct knowledge of the alleged incident, as indicated by his response to my requested witness statement from him. The reporting officer did not have ofc. Jackson provide a written statement prior to this request, attaching said statement to the Report of Conduct when turning it in for processing, as required by the mandatory language of policy & procedure 02-04-101, thus violating policy and procedure requiring case to be dismissed.

D. Ground Four: Violation of Constitutional Rights under 14th amendm when perjery statement was considered as evidence against me when rendering decision of guilt.

Supporting facts: At the onset of this case I requested the video footage to be viewed to prove at no time was I present or participating in an STG meeting or Activity. Viewing the witness statement, ofc Jackson presented, he directly implies I was at the table with other STG members, clear review of the footage will show otherwise because at no time did I sit at the table in question rendering the statement false.

CONCLUSION: STG itself is Security threat group, therefore, this is not an offense, what the evidence in this matter concludes is as follows, (1) I was observed in the dayroom area of the dormatory socializing with several people throughout the evening. Some people may or may not have been members of Security threat Groups (but were never mentioned how or who in the report of conduct) this is what the day room is for. (2) No Meeting was being conducted at any time, and (3) the staff are abusing their discretion regarding the STG policy and procedure here at CIF.

_____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C and D were not previously presented in your administrative appeal, state *briefly* what grounds were not presented and give your reasons for not presenting them: _____

_____

_____

_____

_____

_____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

Yes ☐   No ☑

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

     a. Disciplinary hearing: _John Dickson #945414_
     _LAY ADVOCATE_____

     b. Institutional level appeal: _____

_____

-6-

c. Higher level appeal: _____

_____

WHEREFORE, petitioner prays that the Court grant petitioner the following relief Petitioner prays this court issues an order restoring petitioners good time and finds petitioner is innocent of said charges.

_____

as well as any other relief to which the petitioner is entitled under law.

Matthew W. Sparrow
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: MAY   10   2018
          [Month]   [Day]   [Year]

Matthew W. Sparrow
Signature of Petitioner

-7-

(F-24) Revised 12.26.2014